UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| PAMELA LYNN COWDERY, ) | |
| ) | |
| Plaintiff, ) | Civil Action No.: 5:22-CV-02401-KDW |
| ) | |
| v. ) | |
| ) | |
| KILOLO KIJAKAZI, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

### ORDER

AND NOW, this 24th day of April, 2023, upon review of Plaintiff's Motion for Attorney Fees pursuant to the Equal Access to Justice Act ("EAJA"), ECF No. 19, and the Response, ECF No. 20, filed by the Commissioner in support of said Motion, it is hereby ORDERED that Plaintiff, Pamela Lynn Cowdery, is awarded attorney fees in the amount of Three Thousand Four Hundred Seventy Eight Dollars and 18/100 Cents ($3,478.18) under 28 U.S.C. § 2412(a), (d) of the EAJA. This award will be paid directly to Plaintiff, Pamela Lynn Cowdery, and sent to the business address of Plaintiff's counsel, Howard D. Olinsky. Full or partial remittance of the EAJA award will be contingent upon a determination by the Government that Plaintiff owes no qualifying, pre-existing debt(s) to the Government. If such a debt(s) exists, the Government will reduce the EAJA award in this Order to the extent necessary to satisfy such debt(s).

IT IS SO ORDERED.

April 24, 2023  
Florence, South Carolina

Kaymani D. West  
United States Magistrate Judge